| Date | Pleading Number | |
|------|----|---|
| | | and Charles F. Fogarty |
| 2/16/72 | 1 | Motion and Brief of defendant Texas Gulf Sulfur Co. to consolidate actions in the S.D. New York pursuant to 28 U.S.C. §1407 w/certificate of service (A-1 through A-71) |
| 3/3/72 | 2 | Plaintiff (Utah action) Brief in opposition to transfer. Plaintiffs Averements in Opposition to Motion to transfer and cert. of xservice. |
| 3/3/72 | | ORDER - Setting A-1 through A-71 for hearing, 3/24/72, New York Notified counsel |
| 3/3/72 | | Letter Class counsel in the Cannon-Green litigation 65 Civ. 1223 requesting extension of time to file response to motion |
| 3/3/72 | | Letter- Charles Jagerman, et al. plaintiffs counsel requesting extension of time to file response to motion |
| 3/3/71 | | Order - granting all parties extension of time to 3/13/72 in which to file and serve responses to motion - Notified counsel |
| 3/13/72 | 3 | JAGERMAN response to motion to transfer w/cert. of service |
| 3/13/72 | 4 | WEINBERGER, ET AL. response to motion to transer w/cert. of service |
| 3/13/72 | 5 | CANNON, ALEXANDER, COMROE, & DYER plaintiffs response to motion w/cert. of service. |
| 3/17/72 | 6 | DEFENDANTS REPLY BRIEF w/cert. of service |
| 5/25/72 | | PLAINTIFF FITE - letter response for action not to be transferred. |
| 6/15/72 | 7 | DEF. Texas Gulf Sulphur - ltr outlining recent developments in lit. enclosures: Notice of Appeal in S.D.N.Y. action; notice of hearing in Utah action |
| 6/19/72 | 8 | PLAINTIFFs statement disagreeing with DEFENDANTS letter |
| 7/11/72 | | OPINION AND ORDER transferring the Utah action to the S.D. N.Y. and assigning litigation to Judge Bonsal |
| 7/11/72 | | CONSENT of Chief Judge Edelstein for Judge Bonsal to Handle litigation |

DOCKET NO. 100 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE TEXAS GULF SULPHUR SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 2/24/72

Date(s) of Opinion(s) or Order(s) 7/11/72  344 F.Supp 1398

Consolidation Ordered  x    Name of Transferee Judge  Dudley B. Bonsal
Consolidation Denied  ___   Transferee District  Southern District of New York   (208)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Betty B. Alexander, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.1632 | | | 5/9/72 | |
| A-2 | John Astor v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3078 | | | 5/9/72 | |
| A-3 | Bank of Bermuda, Ltd., as Trustee, et al. v. Texas Gulf Sulphur, Inc., et al. | S.D.N.Y. Bonsal | 69 Civ. 453 | | | 5/9/72 | |
| A-4 | Henry Berwind, et al. v. Texas Gulf Sulphur, Inc., et al. | S.D.N.Y. Bonsal | 71 Civ.2395 | | | 5/9/72 | |
| A-5 | Paul D. Bieber, et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 65 Civ.1237 | | | 5/9/72 | |
| A-6 | Jerome Blum v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2644 | | | 5/9/72 | |
| A-7 | Morris Borrack, et al. v. Charles F. Fogarty, et al. | S.D.N.Y. Bonsal | 65 Civ.3699 | | | 5/9/72 | |
| A-8 | Mrs. Katie Brown v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ. 898 | | | 5/9/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Victor M. Cannon, Jr., Donald M. Green, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3114 | | | 5/9/72 | |
| A-10 | James Cloherty, et al. v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.1581 | | | 5/9/72 | |
| A-11 | Colonial Realty Corp. v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.2106 | | | 5/9/72 | |
| A-12 | Ben Comroe v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 69 Civ.4531 | | | 5/9/72 | |
| A-13 | William H. Darrough, Jr., et al. v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.1421 | | | 5/9/72 | |
| A-14 | Dick M. Dyer v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 69 Civ.1510 | | | 5/5/72 | |
| A-15 | Isodore Fink v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.2105 | | | 5/9/72 | |
| A-16 | Abraham Fischer v. Texas Gulf Sulphur Co., Inc., et al. | S.D.N.Y. Bonsal | 65 Civ.3273 | | | 5/9/72 | |
| A-17 | Morris Floyd, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 70 Civ.1215 | | | 5/9/72 | |
| A-18 | Harry H. Frackman, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65Civ.2800 | | | 5/9/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-19 | Lillian Freiman, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3115 | | | 5/9/72 | |
| A-20 | Benjamin Frey, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2225 | | | 5/9/72 | |
| A-21 | Samuel Glatstein, et al. v. Texas Gulf Sulphur Co., Inc., et al. | S.D.N.Y. Bonsal | 66 Civ. 719 | | | 4/28/66 | |
| A-22 | Jack Greenapple, et al. v. Charles F. Fogarty, et al. | S.D.N.Y. Bonsal | 65 Civ. 1826 | | | 5/9/72 | |
| A-23 | George Greenberg v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.1629 | | | 5/9/72 | |
| A-24 | Seymour Greene v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 70 Civ.1372 | | | 5/5/72 | |
| A-25 | Clarence Vaughn Griffin, Sr. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3665 | | | 5/9/72 | |
| A-26 | Estelle E. Gross, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2636 | | | 5/9/72 | |
| A-27 | James A. Hamill v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ.1395 | | | 5/9/72 | |
| A-28 | Jeanne W. Harris, et al. v. Charles F. Fogarty, et al. | S.D.N.Y. Bonsal | 65 Civ.1045 | | | 5/9/72 | |
| A-29 | Hiram M. Helm v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ.222 | | | 5/9/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-30 | Charles Jagerman, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2348 | | | 5/9/72 | |
| A-31 | Sheldon Jahss, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3230 | | | 4/4/68 | |
| A-32 | William C. Kinder, et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 66 Civ.1448 | | | 5/9/72 | |
| A-33 | William C. Kinder, et al. v. Charles F. Fogarty, et al. | S.D.N.Y. Bonsal | 70 Civ.1171 | | | 4/11/72 | |
| A-34 | Edward King v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ.4747 | | | 5/9/72 | |
| A-35 | Margaret F. Kuck v. Claude O. Stephens, et al. | S.D.N.Y. Bonsal | 65 Civ.2810 | | | 5/9/72 | |
| A-36 | Benjamin H. Lehman v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 66 Civ.3254 | | | 5/9/72 | |
| A-37 | Harriet L. MacIver v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 65 Civ.2992 | | | 5/9/72 | |
| A-38 | Harriet L. MacIver v. Charles Fogarty, et al. | S.D.N.Y. Bonsal | 70 Civ.1403 | | | 4/11/72 | |
| A-39 | Oscar Manchik, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.1565 | | | 5/9/72 | |
| A-40 | Michael Marchesano, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.1876 | | | 4/5/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-41 | Harry H. Marmon, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.1371 | | | 5/9/72 | |
| A-42 | George D. Meisner v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ.1644 | | | 5/9/72 | |
| A-43 | Winston K. Moore, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 66 Civ.268 | | | 5/9/72 | |
| A-44 | Lillian Moran, et al. v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.2666 | | | 5/9/72 | |
| A-45 | Jessie C. Nicholson v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.2866 | | | 5/9/72 | |
| A-46 | Isobel T. O'Brien v. Charles F. Fogarty, et al. | S.D.N.Y. Bonsal | 65 Civ.1692 | | | 5/9/72 | |
| A-47 | Arthur S. Padgett, et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 65 Civ.3232 | | | 5/9/72 | |
| A-48 | Mollie Pomerantz, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 66 Civ. 9 | | | 5/9/72 | |
| A-49 | Provident National Bank as Trustee, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 70 Civ.3704 | | | 5/9/72 | |
| A-50 | Sam Houston Life Insurance Co., et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 66 Civ.2810 | | | 5/9/72 | |
| A-51 | Milton Shapiro, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2765 | | | 5/9/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-52 | Jacob Siegel, et al. v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.3263 | | | 5/9/72 | |
| A-53 | George Simon, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.3656 | | | 5/9/72 | |
| A-54 | Lilliam B. Smith, et al. v. Edward M. Lamont, et al. | S.D.N.Y. Bonsal | 70 Civ.1429 | | | 4/11/72 | |
| A-55 | James R. Spradlin, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 67 Civ.212 | | | 5/9/72 | |
| A-56 | John W. Vogel, et al. v. Claude O. Stephens, et al. | S.D.N.Y. Bonsal | 65 Civ.2092 | | | 5/9/72 | |
| A-57 | William R. Weill v. Texas Gulf Suplhur Co., et al. | S.D.N.Y. Bonsal | 66 Civ.1037 | | | 5/9/72 | |
| A=58 | William B. Weinberger, et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 65 Civ.1583 | | | 5/9/72 | |
| A-59 | Jadwiga A. wellisz v. Francis G. Coates, et al. | S.D.N.Y. Bonsal | 65 Civ.3305 | | | 5/9/72 | |
| A-60 | George C. Wells, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2424 | | | 5/9/72 | |
| A-61 | Fred C. White v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ.2701 | | | 5/9/72 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-62 | Clayton Winters, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ 3375 | | | D. 5/9/72 | |
| A-63 | Leon J. Wise, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ 1186 | | | D. 11/4/65 | |
| A-64 | Ernest C. Woolley, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 68 Civ 4335 | | | D. 5/9/72 | |
| A-65 | Pat J. Zack, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 66 Civ 1095 | | | D. 5/9/72 | |
| A-66 | Bruce J. Zweben, et al. v. Texas Gulf Sulphur Co. | S.D.N.Y. Bonsal | 66 Civ 692 | | | D. 5/9/72 | |
| A-67 | A.W. Jones Associates v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ 3219 | | | D. 5/9/72 | |
| A-68 | Alex Brynin, et al. v. Texas Gulf Sulphur Co., et al. | S.D.N.Y. Bonsal | 65 Civ 1718 | | | D. 5/9/72 | |
| A-69 | Edward Milberg, et al. v. Leslie M. Cassidy, et al. | S.D.N.Y. Bonsal | 65 Civ 2904 | | | D. 5/9/72 | |
| A-70 | Edward Milberg, v. Edward Lamont, et al. | S.D.N.Y. Bonsal | 70 Civ 1508 | | | 10/11/73 | |
| A-71 | C. Irvin Fox, etc. v. Texas Gulf Sulphur Co., et al. | Utah Ritter | 18-72 | 7/11/72 | 72 Civ 3056 | 4/22/75 | Still Pending per Dorothy May 1975 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 100 -- IN RE TEXAS GULF SULPHUR SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Michael R. Russakow, Esquire ~~(struck through)~~<br>Paley, Levy & Fino<br>80 Broad Street<br>New York, New York 10004 | TEXAS GULF SULPHUR COMPANY<br>CHARLES F. FOGARTY [See Below]<br>    P. B. Konrad Knake, Esquire<br>    White & Case<br>    14 Wall Street<br>    New York, New York 10005 |
| A-2 | Reavis & McGarth<br>1 Chase Manhattan Plaza<br>New York, New York |     Parsons, Behle & Latimer<br>    Kearns Building<br>    Salt Lake City, Utah |
| A-3 | Leventritt, Lewittes & Bender<br>135 East 42nd Street<br>New York, New York | THOMAS S. LAMONT<br>    Davis, Polk & Wardwell<br>    One Chase Manhattan Plaza<br>    New York, New York<br>(Also Edward E. Lamont and Morgan Guaranty Trust Co. of New York) |
| A-4 | STANLEY S. NEMSER ESQ<br>Nemser & Nemser<br>30 East 42nd Street<br>New York, New York | |
| A-5 | Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York | |
| A-6 | A. H. Frisch, Esquire<br>60 East 42nd Street<br>New York, New York | |
| A-7 | Knapp & Berson<br>600 Madison Avenue<br>New York, New York | <u>Mr. Knake also represents</u><br>    Claude O. Stephens<br>    Richard D. Mollison<br>    David M. Crawford<br>    Francis G. Coates, Dec'd<br>    Richard H. Clayton |
| A-8 | Windels, Merritt & Ingraham<br>40 Wall Street<br>New York, New York 10005 |     Walter Holyk<br>    Kenneth H. Darke<br>    Harold B. Kline<br>    John A. Murray<br>    Earl L. Huntington<br>    Gino P. Guisti |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-9 | Richard B. Dannenberg, Esquire<br>Lipper, Keeley, Katcher, Lowey<br>   & Dannenberg<br>41 East 42nd Street<br>New York, New York<br><br>Cadwalader, Wickersham & Taft<br>1 Wall Street<br>New York, New York 10005<br>  FOR MARGARET W. WRIGHT<br><br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York<br>  FOR BROOKLYN HOSPITAL<br><br>Leon, Weill, Mahony<br>261 Madison Avenue<br>New York, New York 10016<br>   FOR TITUS, ET AL.<br><br>Schwartz & Schwartz<br>122 East 42nd Street<br>New York, New York 10017<br>  FOR GEORGE & MARY DICKEY | |
| A-10 | Abraham I. Markowitz, Esquire<br>276 Fifth Avenue<br>New York, New York | |
| A-11 | Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York | |
| A-12 | Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016 | |
| A-13 | Sidney B. Silverman, Esquire<br>233 Broadway<br>New York, New York | |
| A-14 | Same as A-9 above | |
| A-15 | Same as A-11 above | |
| A-16 | Myron Neugeboren, Esquire<br>1790 Broadway<br>New York, New York | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 100 -- IN RE TEXAS GULF SULPHUR SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-17 | ~~Windels, Merritt & Ingraham~~ Same as A-8 <br> ~~40 Wall Street~~ <br> ~~New York, New York 10005~~ | |
| A-18 | Frackman & Rubins <br> 115 Broadway <br> New York, New York 10007 | |
| A-19 | Same as A-4 above (see below*) | |
| A-20 | Rosoff & Rosoff <br> 600 Madison Avenue <br> New York, New York | |
| A-21 | Morton L. Ginsberg, Esquire <br> Hoffberg, Margolies & Ginsberg <br> 1180 Avenue of the Americas <br> New York, New York 10036 | |
| A-22 | Lawrence Greenapple, Esquire <br> 230 Park Avenue <br> New York, New York | |
| A-23 | Robert W. Gottschalk, Esquire <br> c/o Michael P. Frankfurt <br> Emil, Kobrin, Klein & Garbus <br> 32 East 57th Street <br> New York, New York | |
| A-24 | Rubin, Wachtel, Baum & Levin <br> 598 Madison Avenue <br> New York, New York 10022 | |
| A-25 | Same as A-8 above | |
| A-26 | Unterberg & Unterberg <br> 52 Broadway <br> New York, New York | |
| | (*) James P. Chapman, Esquire <br> 39 South LaSalle Street <br> Chicago, Illinois | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-27 | Same as A-2 above | |
| A-28 | Andrew A. Gore, Esquire<br>160 Broadway<br>New York, New York  10038 | |
| A-29 | Fred Parks, Esquire<br>1599 Houston Club Building<br>Houston, Texas  77002 | |
| A-30 | Same as A-4 above — *app.* | |
| A-31 | Same as A-5 above | |
| A-32 | Same as A-8 above | |
| A-33 | Same as A-8 above | |
| A-34 | James S. Eddy, Esquire<br>901  F  Street, Suite 250<br>Sacramento, California | |
| A-35 | Francis C. Leffler, Esq.<br>29 Broadway<br>New York, New York  10006 | |
| A=36 | Edelberg, Miller & Rothenberg<br>6404 Wilshire Boulevard<br>Los Angeles, California | |
| A-37 | Same as A-8 above | |
| A-38 | Same as A-8 above | |
| A-39 | Stuart D. Perlman, Esquire<br>Alan M. Hoffman, Esquire<br>14 East 32nd Street<br>New York, New York  10016 | |
| A-40 | DeZorret & Venner<br>150 Broadway<br>New York, New York | |
| A-41 | Leibowitt, Milberg, Weiss & Fox<br>Two Pennsylvania Plaza<br>New York, New York | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 100 -- IN RE TEXAS GULF SULPHUR SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-42 | Same as A-29 above | |
| A-43 | Same as A-5 above | |
| A-44 | William Rosenfield, Esquire<br>122 East 42nd Street<br>New York, New York 10017 | |
| A-45 | Edward J. Brady, Esquire<br>Hale, Hynes & Brady<br>50 Broadway<br>New York, New York | |
| A-46 | Herbert L. Scharf, Esquire<br>122 East 42nd Street<br>New York, New York 10017 | |
| A-47 | Elmer Norton, Esquire<br>Norton, Wood & Moors<br>213 Baymar Building<br>Jacksonville, Florida 32202 | |
| A-48 | Armende Lesser, Esquire<br>475 Fifth Avenue<br>New York, New York 10017 | |
| A-49 | Baker, Nelson, Williams & Mitchell<br>20 Exchange Place<br>New York, New York 10005 | |
| A-50 | R. Richard Roberts, Esquire<br>Otto A. Yelton, Jr., Esquire<br>1841 Chamber of Commerce Building<br>Houston, Texas 77002 | |
| A-51 | Miles, Miles & Cohen<br>50 Court Street<br>Brooklyn, New York | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-52 | Poletti, Freidin, Prashker, Feldman & Gartner<br>777 Third Avenue<br>New York, New York | |
| A-53 | Marc S. Moller, Esquire<br>Henry Wimpfheimer, Esquire<br>10 Columbus Circle<br>New York, New York  10019 | |
| A-54 | Same as A-26 above | |
| A-55 | Same as A08 above | |
| A-56 | Goldstein & Turetsky<br>150 Nassau Street<br>New York, New York | |
| A-57 | Same as A-4 above | |
| A-58 | Same as A-41 above | |
| A-59 | Leonard J. Reich, Esquire<br>405 Lexington Avenue<br>New York, New York  10017 | |
| A-60<br>A-61 | Edwin S. Shapiro, Esquire<br>122 East 42nd Street<br>New York, New York | |
| A-62 | Levin, Kreis, Ruskin & Gyory<br>55 Liberty Street<br>New York, New York | |
| A-63 | Burtin R. Abrams, Esquire<br>Nathan Engelstein, Esquire<br>100 N. LaSalle St., Rm. 1010<br>Chicago, Illinois  60602 | |
| A-64 | Same as A-4 above | |
| A-65 | Lankenau, Kovner & Bickford<br>52 Wall Street<br>New York, New York | |
| A-66 | Pomerantz & Pomerantz<br>276 Fifth Avenue<br>New York, New York  10001 | |
| A-67 | Seward & Kissel<br>63 Wall Street<br>New York, New York  10005 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 100 -- IN RE TEXAS GULF SULPHUR SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-68 | Louis Kipnis, Esquire<br>250 Broadway<br>New York, New York | |
| ~~A-69~~ | ~~Leonard I. Schreiber, Esquire~~<br>~~30 Park Avenue~~<br>~~New York, New York~~ | |
| A-69<br>A-70 | Irving Steinman, Esquire<br>11 Park Place<br>New York, New York 10017 | ~~Cleary, Gottlieb, Steen & Hamilton~~<br>~~One State Street Plaza~~<br>~~New York, New York~~<br>~~FOR TEXAS GULF SULPHUR~~ |
| A-71 | Parker M. Nielson, Esquire<br>~~A. Reed Reynolds, Esquire~~<br>320 Kearns Building<br>Salt Lake City, Utah<br><br>Roy G. Haslam, Esquire<br>74 East 4th South<br>Salt Lake City, Utah | |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 100 -- Texas Gulf Sulphur

COMMON PARTY CHECKLIST

| | NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|---|
| W & C | Texas Gulf Sulphur Co. | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25-28; A-29; A-30; A-31; A-32; A-34; A-35; A-36; A-37; A-39; A-40; A-41; A-42; A-43; A-44; A-45; A-46; A-47; A-48; A-49; A-50; A-51; A-52; A-53; A-54; A-55; A-56; A-57; A-58; A-59-66; A-67; A-68; A-69; A-70; A-71 |
| W & C | Claude O. Stephens | A-1; A-2; A-3; A-4; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25-28; A-29; A-30; A-31; A-33; A-35; A-36; A-38; A-39; A-40; A-41; A-42; A-43; A-44; A-45; A-46; A-48; A-49; A-50; A-51; A-52; A-53; A-55; A-56; A-57; A-58; A-59-66; A-67; A-68; A-69 |
| W & C | Charles F. Fogarty | A-1; A-2; A-3; A-4; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25-28; A-29; A-30; A-31; A-33; A-35; A-36; A-38; A-39; A-40; A-41; A-42; A-43; A-44; A-45; A-46; A-48; A-49; A-50; A-51; A-52; A-53; A-55; A-56; A-57; A-58; A-59-66; A-67; A-68; A-69; A-71 |
| W & C | Richard S. Mollison | A-1; A-2; A-3; A-4; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25-28; A-30; A-33; A-35; A-38; A-39; A-40; A-41; A-43; A-44; A-45; A-46; A-48; A-49; A-50; A-51; A-52; A-53; A-55; A-56; A-57; A-58; A-59-66; A-67; A-68; A-69 |
| W & C | David M. Crawford | A-1; A-2; A-3; A-4; A-7; A-8; A-9; A-10; A-11; A-14; A-15; A-16; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-25-28; A-29; A-30; A-31; A-33; A-35; A-38; A-40; A-42; A-43; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-53; A-55; A-56; A-57; A-59-66; A-67; A-68 |
| W & C | Francis G. Coates | A-2; A-4; A-6; A-7; A-8; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-25-28; A-30; A-31; A-33; A-38; A-43; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-53; A-55; A-57; A-59-66; A-68; A-69 |
| W & C | Richard H. Clayton | A-2; A-3; A-4; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-24; A-25-28; A-30; A-33; A-35; A-38; A-39; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-55; A-57; A-59-66; A-67; A-68; A-69 |
| W & C | Walter Holyk | A-2; A-3; A-4; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-24; A-25-28; A-30; A-33; A-35; A-38; A-39; A-44; A-45; A-46; A-48; A-49; A-50; A-51; A-52; A-55; A-57; A-59-66; A-67; A-68; A-69 |
| W & C | Kenneth H. Darke | A-2; A-4; A-6; A-7; A-9; A-10; A-11; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-24; A-25-28; A-30; A-33; A-35; A-38; A-39; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-55; A-57; A-59-66; A-67; A-68; A-69 |
| W & S | Thomas S. Lamont | A-2; A-3; A-6; A-7; A-8; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-19; A-20; A-21; A-22; A-25-28; A-30; A-31; A-40; A-43; A-44; A-45; A-46; A-48; A-51; A-52; A-53; A-54; A-55; A-57; A-59-66; A-68; A-69; A-70 |

| Name | References |
|---|---|
| Harold L. Kline | A-2; A-3; A-4; A-7; A-8; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-24; A-25-28; A-29; A-30; A-33; A-35; A-38; A-39; A-40; A-42; A-43; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-53; A-55; A-57; A-59-66; A-67; A-68; A-69 |
| Thomas P. O'Neill | A-2; A-4; A-6; A-7; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-19; A-20; A-21; A-22; A-24; A-25-28; A-30; A-35; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-55; A-57; A-59-66; A-67; A-68; A-69 [HAS NEVER APPEARED] |
| John A. Murray | A-2; A-3; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-19; A-20; A-21; A-22; A-25-28; A-30; A-35; A-44; A-45; A-46; A-48; A-51; A-52; A-53; A-55; A-57; A-59-66; A-67; A-68 |
| Carl L. Huntington | A-2; A-3; A-4; A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-15; A-16; A-17; A-19; A-20; A-21; A-22; A-24; A-25-28; A-30; A-33; A-35; A-38; A-44; A-45; A-46; A-48; A-49; A-51; A-52; A-53; A-55; A-57; A-59-66; A-67; A-68 |
| Rausher, Pierce & Co., Inc. | A-8  dismissed |
| C. C. Hawkins | A-8  dismissed |
| Edward M. Lamont | A-54; A-70 |
| Morgan Guaranty & Trust Co of NY | A-54; A-70 |
| Gino P. Giusti | A-69 |
| Lelie M. Cassidy | A-69   NEVER BEEN SERVED |
| John A. Hill | A-69   NEVER BEEN SERVED |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 100 -- Texas Gulf Sulphur

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| William S. Kirkpatrick | A-69 NEVER BEEN SERVED |
| Edward S. Loury, Jr. | A-69 NEVER BEEN SERVED |
| Allan Shivers | A-69 NEVER BEEN SERVED |
| Lowell S. Wadmond | A-69 NEVER BEEN SERVED |